**Order filed March 10, 2020.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00062-CV

_____

**JANINE SCHORR MORRISON AND ANN-MARIE SEPUKA, Appellant**

**V.**

**TNG BENEFITS, LLC D/B/A THE NOBLE GROUP, Appellee**

---

**On Appeal from the 434th Judicial District Court
Fort Bend County, Texas
Trial Court Cause No. 19-DCV-266198**

---

## ORDER

The reporter's record in this case was due **February 3, 2020**. *See* Tex. R. App. P. 35.1. On February 7, 2020, this court ordered the Rhonda Colgin, the court reporter, to file the record within 15 days. Neither the record nor a motion to extend time to file the record has been filed.

We order **Rhonda Colgin** to file the record in this appeal **within 15 days** of the date of this order. **No further extension will be entertained absent exceptional**

**circumstances**. The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). If **Rhonda Colgin** does not timely file the record as ordered, we may issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.

PER CURIAM

Panel consists of Justices Christopher, Wise, and Zimmerer.